IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUD LEE et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22 CV 5652 ) |
| AAA FREIGHT INC. and DEKI TRANSPORT, INC., | ) ) Judge Gettleman ) |
| Defendants. | ) Magistrate Judge Harjani ) |

**DEFENDANTS' MOTION TO WITHDRAW**
**ISAAC J. COLUNGA AS COUNSEL OF RECORD**

Defendants AAA FREIGHT INC. and DEKI TRANSPORT, INC. respectfully move this Honorable Court to grant permission for Isaac J. Colunga (IL. Bar No. 6289253) to withdraw as counsel of record in the above-captioned matter. Mr. Colunga is leaving Ice Miller LLP and will no longer be representing AAA FREIGHT INC. and DEKI TRANSPORT, INC., INC., both of which have consented to this motion. AAA FREIGHT INC. and DEKI TRANSPORT, INC. will continue to be represented by the remaining undersigned counsel of record.

WHEREFORE, AAA FREIGHT INC. and DEKI TRANSPORT, INC. respectfully request that the Court grant the Motion to Withdraw Isaac J. Colunga as counsel of Record for AAA FREIGHT INC. and DEKI TRANSPORT, INC.

Dated: March 18, 2024

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Isaac Colunga
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606
Telephone: (312) 726-7157
Email: Isaac.Colunga@icemiller.com

Bart T. Murphy (6181178)
ICE MILLER LLP
2300 Cabot Dr., Suite 455
Lisle Illinois 60532
630-955-6392
Email: bart.murphy@icemiller.com

*Attorneys for Defendant AAA FREIGHT INC. and DEKI TRANSPORT, INC.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2024, a true and correct copy of the above and foregoing has this day been forwarded to all counsel of record via the Court's CM/ECF system.

By: _____
Isaac Colunga
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606
Telephone: (312) 726-7157
Email: Isaac.Colunga@icemiller.com

*Attorney for Defendant AAA FREIGHT INC. and DEKI TRANSPORT, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUD LEE et al.,<br><br>    Plaintiff,<br><br>v.<br><br>AAA FREIGHT INC. and DEKI TRANSPORT, INC.,<br><br>    Defendants. | CASE NO. 22 CV 5652<br><br>Judge Gettleman<br><br>Magistrate Judge Harjani |

**ORDER**

Considering Defendants AAA FREIGHT INC. and DEKI TRANSPORT, INC. Motion to Withdraw Counsel of Record, it is

**ORDERED** that Defendant's motion is **GRANTED** and Isaac J. Colunga is withdrawn as counsel of record for AAA FREIGHT INC. and DEKI TRANSPORT, INC. in this proceeding.

**SIGNED** this _____ day of _____, 2024,

_____
Magistrate Judge Harjani